Before the First Division, March 18, 1959

No. 62852.—M. Adler's Son, Inc., and Daniel F. Young, Inc. v. United States, protest 58/4060 (New York).

Opinion by Oliver, C.J.   In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiffs was sustained.

No. 62853.—Premium Wares, Inc. v. United States, protest 235392–K (New York).

Opinion by Oliver, C.J.   In accordance with oral stipulation of counsel that the merchandise consists of table or kitchen utensils, similar in all material respects to merchandise composed of glass, the claim of the plaintiff was sustained.

No. 62854.—Metasco, Inc. v. United States, protest 58/3772 (New York).

Opinion by Oliver, C.J.   In accordance with stipulation of counsel that the merchandise consists of enlargers similar in all material respects to those the subject of Manca, Inc. v. United States (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 62855.—Ross Products, Inc., and Freedman & Slater, Inc. v. United States, protests 58/8464 and 58/8293 (New York).

Opinion by Oliver, C.J.   In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respects to those the subject of Abstract 61191, the claim of the plaintiffs was sustained.